## JAMES F. ROYCE *versus* THOMAS BRADBURN
### March 31, 1842.

E. Mundy, attorney for plaintiff.
E. Lawrence & O. Hawkins, attorney for defendant.